IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Ricky Albright
Plaintiff

v.

Jim Cantore d/b/a
The Weather channel Meteorologist;
Sam Champion;
Al Roker;
Defendants

FILED
IN CLERKS OFFICE
2015 MAR 9 PM 12 39
Case No.
U.S. DISTRICT COURT
DISTRICT OF MASS.

Motion For Preliminary Injunction
Temporary Restraining Order, TRO
28 USC 1331

---

Comes now, Ricky Albright, in pro-se seeking a Restraining order against the above mentioned defendants who are meteorologist for the weather channel.

During the record breaking Snowfall season in Boston, New England and Nation wide 2015 the above mentioned defendants disrespectful actions were and are still to this day appalling. Jim Cantore was celebrating during one of his weather updates a freak occurrence known as Thunder Snow on National TV, while millions of viewers watched in horror. His behavior at that moment was a poor example of professionalism and should not be stood for. Countless lives were lost during this Freak weather occurrence and millions of others suffered other losses as a result, and this Man we all come to know and respect is celebrating. I personally find Mr. Cantore's behavior unexceptable.

Mr. Cantore needs to be held accountable for his actions as well as Mr. Champion and Mr. Roker for condoning Mr. Cantore's negitive behavior. We as a country should not be so quick to celebrate such events as this winters record breaking snow fall and the thunder snow that occured as a result of the latest weather changes, which can only be a result of Globle warming.

I humbly ask this honorable court to grant this motion and stop these defendants from causing further injury to thoughs who suffer the effects of weather like we've experienced this winter. It's time we start placing principles before personalities in all our affairs. The court is in a position to do just that by granting this motion and preventing these defendants from causing future damage. Do your civic duty and stop these men from reporting any future weather reports in any city or state in this Great Country we all live in.

One final note, JLR once said, The mind will often drift away into daydreams, but patiently we turn our attention back to the truth and the reality of our existence and experience, all as it is happening right now. Well, right now its the courts turn to revert back to reality and the truth whats right and whats wrong, grant this motion for it is true and honest and its the right thing to do.

Respectfuly, 3/3/15

Ricky Albright LD2583
301 Institution Dr
Bellefonte, Pa 16823

1 JLR